UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00765-EJY |
| Plaintiff, | **[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |
| v. | |
| MARIO VILLEGAS-MEZA, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on October 1, 2021 at the hour of 4:00 p.m., be vacated and continued to December 30, 2021 at the hour of 4:00pm in Courtroom 3D.

DATED this 17th day of September, 2021.

HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE