# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

    v.

MARIO VILLEGAS-MEZA,

       Defendant.

Case No. 2:21-mj-00765-EJY

**Order Directing Probation to Prepare a Criminal History Report**
**[Proposed]**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 17TH day of September, 2021.

Elayna Youchah

HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

_____ FILED      _____ RECEIVED
_____ ENTERED    _____ SERVED ON
    COUNSEL/PARTIES OF RECORD

SEP 17 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

3