**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO VILLEGAS-MEZA,<br><br>Defendant. | Case No. 2:21-cr-00266-APG-VCF<br>*SEALED*<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Mario Villegas-Meza,* is unsealed.

**DATED** this __1st__ day of October, 2021.

By the Court:

_____
Honorable Andrew P. Gordon
United States District Judge